*FILED ELECTRONICALLY*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| MARTIN LUFTMAN and VIRGINIA LUFTMAN | CASE NO. 5:16-cv-00014-JMH |
| Plaintiffs | HON. JOSEPH M. HOOD |
| v. | |
| LABORATORY FOR KIDNEY PATHOLOGY, INC.; | **DEFENDANT'S AND PUTATIVE DEFENDANT'S NOTICE OF SERVICE OF ANSWERS AND RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS** |
| Defendant | |
| and LILIA MAURICIO, M.D. | |
| Putative Defendant | |

\*     \*     \*     \*     \*

Comes the Defendant, Laboratory for Kidney Pathology, Inc., by and through counsel, and the Putative Defendant, Lilia Mauricio, M.D., by and through counsel, without waiving her rights, without subjecting herself to the personal jurisdiction of this Court by virtue of this appearance, and without waiving her ability to further challenge this action under any other applicable Federal Rules of Civil Procedure, and hereby give the Court and all Parties NOTICE that on this, the 2nd day of March, 2017, the Defendant and the Putative Defendant served their Answers and Responses to Plaintiffs' First Set of Interrogatories and Requests for Production of Documents in accordance with the Federal Rules of Civil Procedure.

1

Dated: 3/2/17

Respectfully submitted,

**FULKERSON, KINKEL & MARRS, PLLC**
239 North Broadway
Lexington, Kentucky 40507
Telephone:  859-253-0523
Facsimile:  859-254-2098
E-mail: mmarrs@fulkersonkinkel.com
        cthompson@fulkersonkinkel.com

By:     */s/ Chad Thompson*
        MELANIE S. MARRS
        T. CHAD THOMPSON
        *Counsel for Defendant, Laboratory for Kidney*
        *Pathology, Inc., and Putative Defendant,*
        *Lilia Mauricio, M.D.*


## CERTIFICATE OF SERVICE

I hereby certify that, on March 2nd, 2017, I electronically filed the foregoing with the Clerk

of the United States District Court for the Eastern District of Kentucky, by using the CM/ECF

system, notice of which was sent to the following through that system, and a copy of which is

accessible to the following through that system:

**Copy To:**
Douglass Farnsley
J. Brittany Cross Carlson
Margaret "Peggy" Grant
Stites & Harbison, PLLC
400 West Market Street
Suite 1800
Louisville, Kentucky 40202
*Counsel for Plaintiffs*


*/s/ Chad Thompson*
MELANIE S. MARRS
T. CHAD THOMPSON
*Counsel for Defendant, Laboratory for Kidney*
*Pathology, Inc., and Putative Defendant,*
*Lilia Mauricio, M.D.*

2