*FILED ELECTRONICALLY*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| MARTIN LUFTMAN and<br>VIRGINIA LUFTMAN<br>    Plaintiffs<br>v.<br>LABORATORY FOR KIDNEY<br>PATHOLOGY, INC.;<br>    Defendant<br>and LILIA MAURICIO, M.D.<br>    Putative Defendant | CASE NO. 5:16-cv-00014-JMH<br>HON. JOSEPH M. HOOD<br><br>**AGREED ORDER<br>OF DISMISSAL** |

\* \* \* \* \*

By Agreement of the Plaintiffs, Martin Luftman and Virginia Luftman, and the Defendant, Laboratory for Kidney Pathology, Inc., and the Putative Defendant, Lilia Mauricio, M.D., and the Court being otherwise sufficiently advised, IT IS HEREBY ORDERED AND ADJUDGED that all claims made against the Defendant, Laboratory for Kidney Pathology, Inc., and the Putative Defendant, Lilia Mauricio, M.D., in connection with the above-captioned action are hereby DISMISSED, with prejudice, with each party to bear their own costs. This Court shall retain jurisdiction to resolve any and all disputes related to an agreement reached by the parties with regard to this case.

IT IS SO ORDERED.

ENTERED, this _____ day of _____, 201__.

 

HONORABLE JOSEPH M. HOOD
JUDGE, U.S. DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

SEEN AND AGREED TO:

_/s/ Douglass Farnsley_
Douglass Farnsley
J. Brittany Cross Carlson
Margaret Grant
STITES & HARBISON, PLLC 400
West Market Street, Suite 1800
Louisville, Kentucky 40202
Telephone: (502) 587-3400
dfarnsely@stites.com
bcarlson@stites.com
pgrant@stites.com
*Counsel for Plaintiffs*


_/s/ Chad Thompson (by permission MG)_
Melanie S. Marrs
Chad Thompson
Fulkerson, Kinkel & Marrs, PLLC
239 North Broadway
Lexington, KY 40507
*Counsel for Defendant and Putative Defendant*

## CLERK'S CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon the following parties, on this, the _____ day of _____, 201___, by using the CM/ECF system, notice of which was sent to the following through that system, and a copy of which is accessible to the following through that system:

**Copy To:**
Douglass Farnsley
J. Brittany Cross Carlson
Margaret "Peggy" Grant
Stites & Harbison, PLLC
400 West Market Street
Suite 1800
Louisville, Kentucky 40202

Melanie S. Marrs
Chad Thompson
Fulkerson, Kinkel & Marrs, PLLC
239 North Broadway
Lexington, KY 40507


By:_____
    CLERK, U.S. DISTRICT COURT
    EASTERN DISTRICT OF KENTUCKY
    LEXINGTON DIVISION