*FILED ELECTRONICALLY*

Eastern District of Kentucky
**FILED**
JUN 0 2 2017
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

MARTIN LUFTMAN and
VIRGINIA LUFTMAN

    Plaintiffs

v.

LABORATORY FOR KIDNEY
PATHOLOGY, INC.;

    Defendant

and LILIA MAURICIO, M.D.

    Putative Defendant

CASE NO. 5:16-cv-00014-JMH
HON. JOSEPH M. HOOD

**AGREED ORDER
OF DISMISSAL**

\* \* \* \* \*

By Agreement of the Plaintiffs, Martin Luftman and Virginia Luftman, and the Defendant, Laboratory for Kidney Pathology, Inc., and the Putative Defendant, Lilia Mauricio, M.D., and the Court being otherwise sufficiently advised, IT IS HEREBY ORDERED AND ADJUDGED that all claims made against the Defendant, Laboratory for Kidney Pathology, Inc., and the Putative Defendant, Lilia Mauricio, M.D., in connection with the above-captioned action are hereby DISMISSED, with prejudice, with each party to bear their own costs. This Court shall retain jurisdiction to resolve any and all disputes related to an agreement reached by the parties with regard to this case.

IT IS SO ORDERED.

ENTERED, this 2d day of June, 2017.

HONORABLE JOSEPH M. HOOD
JUDGE, U.S. DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

1